UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

---

STEVEN MATZURA, for himself and on
behalf of all other persons similarly situated,

        Plaintiff,

        –against–

THE SLIDING DOOR COMPANY,

        Defendant.

17 CV 9672 (WHP)

## CONSENT JUDGMENT

Upon consent of all parties, it is **ordered, adjudged, and decreed**—

The plaintiff does recover of the defendant The Sliding Door Company, Fifty-Thousand Dollars ($50,000) plus post-judgment interest pursuant to 28 U.S.C. § 1961, and the plaintiff has execution therefor.

        LAW OFFICE OF JUSTIN A. ZELLER, P.C.

        By: _____
        Justin A. Zeller
        jazeller@zellerlegal.com
        277 Broadway, Suite 408
        New York, N.Y. 10007-2036
        Telephone: (212) 229-2249

Dated: New York, New York
       August 27, 2018

        Facsimile: (212) 229-2246
        **ATTORNEYS FOR PLAINTIFF**

        PHILLIPS LYTLE LLP

        By: _____
        Richard Weingarten
        rweingarten@phillipslytle.com
        340 Madison Avenue, 17th Floor
        New York, N.Y. 10173
        Telephone: (212) 759-4888

Dated: New York, New York
       August 24, 2018

        Facsimile: (212) 308-9079
        **ATTORNEYS FOR DEFENDANT**

Dated: New York, New York
_____ \_\_, 2018

**So ordered.**

_____
William H. Pauley III,
United States District Judge