UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

STEVEN MATZURA, for himself and on behalf of all other persons similarly situated,

Plaintiff,

–against–

THE SLIDING DOOR COMPANY,

Defendant.

17 CV 9672 (WHP)

## CONSENT JUDGMENT

Upon consent of all parties, it is **ordered, adjudged, and decreed**—

The plaintiff does recover of the defendant The Sliding Door Company, Fifty-Thousand Dollars ($50,000) plus post-judgment interest pursuant to 28 U.S.C. § 1961, and the plaintiff has execution therefor.

Dated: New York, New York
August 27, 2018

LAW OFFICE OF JUSTIN A. ZELLER, P.C.

By: _Justin Zeller_
Justin A. Zeller
jazeller@zellerlegal.com
277 Broadway, Suite 408
New York, N.Y. 10007-2036
Telephone: (212) 229-2249
Facsimile: (212) 229-2246
**ATTORNEYS FOR PLAINTIFF**

PHILLIPS LYTLE LLP

By: _Richard Weingarten_
Richard Weingarten
rweingarten@phillipslytle.com
340 Madison Avenue, 17th Floor
New York, N.Y. 10173
Telephone: (212) 759-4888

Dated: New York, New York
August 24, 2018

Dated: September 4, 2018
New York, New York

SO ORDERED:

_William H. Pauley III_
WILLIAM H. PAULEY III
U.S.D.J.